

FILED
CO-386-online
OCT 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Danimex Communications A/S            )
                                      )
                                      )
                                      )    Case: 1:07-cv-01960
              Plaintiff               )    Civi  Assigned To : Roberts, Richard W.
      vs                              )         Assign. Date : 10/31/2007
Worldwide Network Services, LLC       )         Description: General Civil
                                      )
                                      )
              Defendant               )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __DANIMEX COMMUNICATIONS A/S__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DANIMEX COMMUNICATIONS A/S__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

414021                              David W. Cohen
_____    _____
BAR IDENTIFICATION NO.              Print Name

                                    1 North Charles Street, Suite 350
                                    Address

                                    Baltimore,   MD  21201
                                    City        State    Zip Code

                                    (410) 837-6340
                                    Phone Number

2