IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S**   *
    Plaintiff
                                  *

Vs.                                          Civil Action No.    1-07-cv-01960-RWR
                                  *

**WORLDWIDE NETWORK**
**SERVICES, LLC**                      *
    Defendant                  *

\*    \*    \*    \*    \*    \*        \*    \*    \*    \*    \*    \*

MOTION FOR ADMISSION PRO HAC VICE

    I, DAVID W. COHEN, am a member in good standing of the bar of this Court. My bar number is 414021. I am moving the admission of JOEL C. RICHMOND to appear *pro hac vice* in this case as counsel for DANIMAX, A/S, the Plaintiff herein.
    We certify that:

    1. The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in the District of Columbia

    2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:
    **Maryland - Since December 21, 1977**
    **United States District Court for the District of Maryland - Since July 7, 1978**

    3. During the two year period immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court no times.

    4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

    5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

    6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

    7. The undersigned movant is a member the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

      8.  The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

      Respectfully submitted,

| | |
|---|---|
| _S/David W. Cohen_____ | _S/ Joel C. Richmond_ |
| David W. Cohen | Joel C. Richmond |
| 1 North Charles Street | 10 N. Calvert Street |
| Suite 350 Blaustein Building | Suite 540 Equitable Building |
| Baltimore, MD 21201 | Baltimore, MD 21202 |
| DC Bar No. 414021 | MD Bar No. 02352 |
| (410) 837-6340 | (410) 685-2225 |
| dwcohen79@jhu.edu | jcrjuris@aol.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S**     *
    Plaintiff
                                  *

Vs.                                                Civil Action No.    1-07-cv-01960-RWR
                                  *

**WORLDWIDE NETWORK
SERVICES, LLC**                    *
    Defendant                  *

\*    \*    \*    \*    \*    \*        \*    \*    \*    \*    \*    \*

DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, JOEL C. RICHMOND, hereby Declare and affirm:

1. My office address and phone number are as follows:
    10 N. Calvert Street
    Suite 522
    Baltimore, MD 21202
    (410) 685-2225

2. I am not a member of the District of Columbia bar and do not maintain any law office in the District of Columbia, and have no application pending for membership in the District of Columbia Bar.

3. I am a member in good standing of the bars of the following State Courts and/or United States Courts:
    **Maryland - Since December 21, 1977**
    **United States District Court for the District of Maryland - Since July 7, 1978**

4. During the two year period immediately preceding this motion, I have not been admitted *pro hac vice* in this Court.

5. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

      6. I understand that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

                                  _____s/Joel C Richmond_____
                                  JOEL C. RICHMOND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIMAX COMMUNICATIONS A/S** | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.   1-07-cv-01960-RWR |
| | * | |
| **WORLDWIDE NETWORK SERVICES, LLC** | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*   \*

ORDER ADMITTING COUNSEL PRO HAC VICE

ON THE FOREGOING MOTION, JOEL C. RICHMOND is hereby admitted to practice before this Court, Pro Hac Vice.  Such admission is limited to this proceeding and ancillary proceedings.

END OF ORDER

cc:

Counsel