IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S**   *
    Plaintiff
                                  *
Vs.                                        Civil Action No.   1-07-cv-01960-RWR
                                  *

**WORLDWIDE NETWORK SERVICES, LLC**   *
    Defendant                           *

*   *   *   *   *   *         *   *   *   *   *   *

CERTIFICATE OF SERVICE

      I, DAVID W. COHEN,   certify that on November 13, 2007 a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge were mailed, first class postage prepaid, to the Defendant as follows:

      Wordwide Network Services, LLC
      1900 M Street, Suite 500
      Washington DC 20036

      (Address on file with this Court in 06-cv-01717-rjl)

      Additional Copy to:
      CT Corporation System
      1015 15th Street, NW
      Suite 1000
      Washington, DC 20005

      (Resident Agent per District of Columbia Department of Consumer
            and Regulatory Affairs)

                                    _S/David W. Cohen_____
                                    David W. Cohen
                                    1 North Charles Street
                                    Suite 350 Blaustein Building
                                    Baltimore, MD 21201
                                    DC Bar No. 414021
                                    (410) 837-6340
                                    dwcohen79@jhu.edu