IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S**   *
    Plaintiff
                              *

Vs.                                               Civil Action No.   1-07-cv-01960-RWR
                              *

**WORLDWIDE NETWORK**
**SERVICES, LLC**    *
    Defendant    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

AMENDED CERTIFICATE OF SERVICE

    I, DAVID W. COHEN, certify that on the Defendant herein was served no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge were mailed, to the Defendant as follows:

    CT Corporation System
    1015 15th Street, NW
    Suite 1000
    Washington, DC 20005

    (Resident Agent per District of Columbia Department of Consumer
        and Regulatory Affairs)

    As verification thereof, Plaintiff annexes to this pleading a letter received from the resident agent acknowledging receipt of the documents and a verification of status as resident agent from the District of Columbia Government.

                                        _S/David W. Cohen_____
                                        David W. Cohen
                                        1 North Charles Street
                                        Suite 350 Blaustein Building
                                        Baltimore, MD 21201
                                        DC Bar No. 414021
                                        (410) 837-6340
                                        dwcohen79@jhu.edu



**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

November 19, 2007

District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Danimex Communications A/S, Ptff. vs. Worldwide Network Services, LLC, Dft.

Case No.  1:07-cv-01960

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512801829

cc: David W. Cohen
     350 Blaustein Building,
     1 North Charles Street,
     Baltimore, MD 21201

Federal Express Tracking #7914 3702 2978




## Organization Information

**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1  2  **3**

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | WORLDWIDE NETWORK SERVICES, LLC | C T Corporation System<br>1015 15th Street, N.W. Ste. 1000<br>Washington, DC 20005 |
| **State:** | DE | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 9/20/2004 | |
| **File No.:** | L20507 | |
| **Organization Type:** | FOREIGN LIMITED LIABILITY COMPANY | |

[<< Back to Main Page]  [< Return To Search Results]  [Print Results]  [New Search]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004