UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIMEX COMMUNICATIONS A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1960 (RWR) |
| ) | |
| WORLDWIDE NETWORK SERVS. LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

On November 19, 2007, the defendant was served with the complaint. The defendant has not filed an answer, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

**ORDERED** that the plaintiff shall show cause in writing by February 1, 2008, why this case should not be dismissed for want of prosecution. If appropriate, the plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this 21st day of January, 2008.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge