IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S** *
    Plaintiff
vs.                                            Civil Action No.    1-07-cv-01960-RWR
**WORLDWIDE NETWORK**
**SERVICES, LLC** *
    Defendant *
\* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this _23 day of _January, _2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant, WORLDWIDE NETWORK SERVICES, LLC, was served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil procedure no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge.  These documents were mailed, to the Defendant as follows:

    CT Corporation System
    1015 15th Street, NW
    Suite 1000
    Washington, DC 20005

    (Resident Agent per District of Columbia Department of Consumer
        and Regulatory Affairs)

The resident agent, by letter annexed to the proof of service filed with this court at Docket entry 6, acknowledged receipt of the documents on the date indicated.

    I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s) that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).
                                  **RESPECTFULLY SUBMITTED,**

                                  ____s/ David W. Cohen____
                                  **David W. Cohen**
                                  350 Blaustein Building
                                  1 North Charles Street
                                  Baltimore, MD 21201
                                  410 837-6340
                                  Bar No. 414021
                                  dwcohen79@jhu.edu