**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DANIMAX COMMUNICATIONS A/S**   *
    Plaintiff
                                                 *

Vs.                                                    Civil Action No.   1-07-cv-01960-RWR
                                               *

**WORLDWIDE NETWORK**
**SERVICES, LLC**   *
    Defendant   *

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*   \*

REQUEST FOR JUDGMENT BY DEFAULT

    COMES NOW THE PLAINTIFF, DANIMAX, COMMUNICATIONS A/S, by David W. Cohen and the Law Office of David W. Cohen, and Joel C. Richmond, Law Office of Joel C. Richmond, its attorneys, and prays this Court enter Judgment by Default for Failure to Plead and for cause says:

    1. That the Defendant herein was served no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge as follows:

    CT Corporation System
    1015 15th Street, NW
    Suite 1000
    Washington, DC 20005

    (Resident Agent per District of Columbia Department of Consumer
        and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

    Worldwide Network Services, LLC
    1900 M Street, Suite 500
    Washington DC 20036

    (Address on file with this Court in 06-cv-01717-rjl)

A copy of the Complaint was transmitted electronically to counsel of record for the Defendant in the above described proceeding.

    2. That through the date hereof, the Defendant has failed to file an Answer.

      3.  That the period for filing a response, set forth as twenty (20) days from service, has expired.

      4.  That the Defendant, a corporation, enjoys no protection pursuant to the Servicemembers Civil Relief Act.

      WHEREFORE Plaintiff prays this Court

      A.  Enter judgment by Default in the amount prayed in the Complaint, towit $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006.;

      **B.**  And for such other and further relief as justice and the nature of this cause may require.

**RESPECTFULLY SUBMITTED,**

____s/ David W. Cohen____
**David W. Cohen**
350 Blaustein Building
1 North Charles Street
Baltimore, MD 21201
410 837-6340
Bar No. 414021
dwcohen79@jhu.edu

S/ Joel C. Richmond
Joel C. Richmond
10 N. Calvert Street
Suite 540 Equitable Building
Baltimore, MD 21202
MD Bar No. 02352
(410) 685-2225
jcrjuris@aol.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 25 day of January, 2008, a copy of the Foregoing was mailed, first class mail, postage prepaid, to the Defendant as follows:

  CT Corporation System
  1015 15th Street, NW
  Suite 1000
  Washington, DC 20005

  (Resident Agent per District of Columbia Department of Consumer
    and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

  Worldwide Network Services, LLC
  1900 M Street, Suite 500
  Washington DC 20036

  (Address on file with this Court in 06-cv-01717-rjl)

An additional copy was delivered electronically to Michelle Roberts (mroberts@AKINGUMP.com), counsel for the defendant in the above captioned matter.


          _____s/David W. Cohen_____
          David W. Cohen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIMAX COMMUNICATIONS A/S**   *
    Plaintiff

                                         *

Vs.                                      Civil Action No.   1-07-cv-01960-RWR

                                         *

**WORLDWIDE NETWORK**
**SERVICES, LLC**   *
    Defendant   *

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*   \*

ORDER FOR JUDGMENT BY DEFAULT

    THE DEFENDANT HEREIN having been properly served and having failed to file a timely response, the Court having reviewed the Complaint and being satisfied therewith, it is, by the United States District Court for the District of Columbia hereby ORDERED, that judgment in the amount of $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006 together with costs and post-judgment interest at the legal rate, be and hereby entered in favor of the Plaintiff and against the Defendant.

END OF ORDER

cc:
Counsel
Defendant