**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

January 24, 2008

District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Danimex Communications A/S, Pltf. vs. Worldwide Network Services, LLC, Dft.

Case No. 1:07-cv-01960

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,


Louis Lance
Fulfillment Specialist

Log# 513010237

cc: David W. Cohen
    350 Blaustein Building,
    1 North Charles Street,
    Baltimore, MD 21201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIMAX COMMUNICATIONS A/S    *
    Plaintiff

                                *

Vs.                                         Civil Action No.    1-07-cv-01960-RWR
                                *

**WORLDWIDE NETWORK**
**SERVICES, LLC**                   *
    Defendant                   *

\* \* \* \* \* \*      \* \* \* \* \* \*

REQUEST FOR JUDGMENT BY DEFAULT

    COMES NOW THE PLAINTIFF, DANIMAX, COMMUNICATIONS A/S, by David W. Cohen and the Law Office of David W. Cohen, and Joel C. Richmond, Joel C. Richmond, PA, its attorneys, and prays this Court enter Judgment by Default for Failure to Plead and for cause says:

    1. That the Defendant herein was served no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge as follows:

    CT Corporation System
    1015 15th Street, NW
    Suite 1000
    Washington, DC 20005

    (Resident Agent per District of Columbia Department of Consumer
        and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

    Wordwide Network Services, LLC
    1900 M Street, Suite 500
    Washington DC 20036

    (Address on file with this Court in 06-cv-01717-rjl)

A copy of the Complaint was transmitted electronically to counsel of record for the Defendant in the above described proceeding.

    2. That through the date hereof, the Defendant has failed to file an Answer.

3. That the period for filing a response, set forth as twenty (20) days from service, has expired.

4. That the Defendant, a corporation, enjoys no protection pursuant to the Servicemembers Civil Relief Act.

WHEREFORE Plaintiff prays this Court

A. Enter judgment by Default in the amount prayed in the Complaint, tow$227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006.;

B. And for such other and further relief as justice and the nature of this cause may require.

**RESPECTFULLY SUBMITTED,**

\_\_\_\_s/ David W. Cohen\_\_\_\_
**David W. Cohen**
350 Blaustein Building
1 North Charles Street
Baltimore, MD 21201
410 837-6340
Bar No. 414021
dwcohen79@jhu.edu

 S/ Joel C. Richmond
Joel C. Richmond
10 N. Calvert Street
Suite 540 Equitable Building
Baltimore, MD 21202
MD Bar No. 02352
(410) 685-2225
jcrjuris@aol.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of January, 2008, a copy of the Foregoing was mailed, first class mail, postage prepaid, to the Defendant as follows:
CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

(Resident Agent per District of Columbia Department of Consumer
    and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

Wordwide Network Services, LLC
1900 M Street, Suite 500
Washington DC 20036

(Address on file with this Court in 06-cv-01717-rjl)

An additional copy was delivered electronically to Michelle Roberts (mroberts@AKINGUMP.com), counsel for the defendant in the above captioned matter.

                                                        _____s/David W. Cohen_____
                                                        David W. Cohen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIMAX COMMUNICATIONS A/S    *
    Plaintiff
                                       *

Vs.                                            Civil Action No.    1-07-cv-01960-RWR
                                       *

**WORLDWIDE NETWORK**
**SERVICES, LLC**                         *
    Defendant                         *

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*   \*

ORDER FOR JUDGMENT BY DEFAULT

     THE DEFENDANT HEREIN having been properly served and having failed to file a timely response, the Court having reviewed the Complaint and being satisfied therewith, it is, by the United States District Court for the District of Columbia hereby ORDERED, that judgment in the amount of $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006 together with costs and post-judgment interest at the legal rate, be and hereby entered in favor of the Plaintiff and against the Defendant.

END OF ORDER

cc:
Counsel
Defendant