UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DANIMEX COMMUNICATIONS A/S,**     )
                                    )
    **Plaintiff,**             )
                                    )
    v.                         )  Civil Action No. 07-1960 (RWR)
                                    )
**WORLDWIDE NETWORK SERVS. LLC,**   )
                                    )
    **Defendant.**             )
_____)

### ORDER TO SHOW CAUSE

On January 24, 2008, default was entered against the defendant, and the plaintiff has now moved for default judgment. Accordingly, it is hereby

**ORDERED** that the defendant show cause in writing by February 11, 2008 why default judgment should not be entered against it. Failure to timely comply may result in default judgment being entered against the defendant.

SIGNED this 31st day of January, 2008.

                                                    _____/s/_____
                                                  RICHARD W. ROBERTS
                                                  United States District Judge