**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIMAX COMMUNICATIONS A/S** | * | |
| Plaintiff | | |
| | * | |
| Vs. | | Civil Action No.    1-07-cv-01960-RWR |
| | * | |
| **WORLDWIDE NETWORK** | | |
| **SERVICES, LLC** | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*        \*    \*    \*    \*    \*    \*

### REQUEST FOR JUDGMENT

COMES NOW THE PLAINTIFF, DANIMAX, COMMUNICATIONS A/S, by David W. Cohen and the Law Office of David W. Cohen, and Joel C. Richmond, Law Office of Joel C. Richmond, its attorneys, and prays this Court enter Judgment by Default for Failure to Plead and for cause says:

1.  That the Defendant herein was served no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge as follows:

CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

(Resident Agent per District of Columbia Department of Consumer
and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

Worldwide Network Services, LLC
1900 M Street, Suite 500
Washington DC 20036

(Address on file with this Court in 06-cv-01717-rjl)

A copy of the Complaint was transmitted electronically to counsel of record for the Defendant in the above described proceeding.

2.  That through the date hereof, the Defendant has failed to file an Answer.

3.  That the period for filing a response, set forth as twenty (20) days from service, having expired, Plaintiff filed a Request for Default on January 25, 2008 (Docket 11).

4.  That a Default was entered and the Court issued an Order to Show Cause to the Defendant on February 1, 2008, granting until February 11, 2008 for a response.

5.  That no response has been filed, and no bar exists to the entry of judgment as prayed in the original complaint, in the amount of $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006.

WHEREFORE Plaintiff prays this Court

A.  Enter judgment by Default in the amount prayed in the Complaint, towit $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006;

**B.** And for such other and further relief as justice and the nature of this cause may require.

**RESPECTFULLY SUBMITTED,**

_____s/ David W. Cohen_____
**David W. Cohen**
350 Blaustein Building
1 North Charles Street
Baltimore, MD 21201
410 837-6340
Bar No. 414021
dwcohen79@jhu.edu

 S/ Joel C. Richmond
Joel C. Richmond
10 N. Calvert Street
Suite 540 Equitable Building
Baltimore, MD 21202
MD Bar No. 02352
(410) 685-2225
jcrjuris@aol.com

**Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8  day of April 2008, a copy of the Foregoing was mailed, first class mail, postage prepaid, to the Defendant as follows:

CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

(Resident Agent per District of Columbia Department of Consumer
        and Regulatory Affairs)

An additional copy was transmitted to the Defendant at its last address of record, as follows:

Worldwide Network Services, LLC
1900 M Street, Suite 500
Washington DC 20036

(Address on file with this Court in 06-cv-01717-rjl)

An additional copy was delivered electronically to Michelle Roberts (mroberts@AKINGUMP.com), counsel for the defendant in the above captioned matter.

_____s/David W. Cohen _____
David W. Cohen

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DANIMAX COMMUNICATIONS A/S    *
     Plaintiff

                                        *

Vs.                                 Civil Action No.       1-07-cv-01960-RWR

                                        *

**WORLDWIDE NETWORK**
**SERVICES, LLC**                 *
     Defendant             *

\*      \*      \*      \*      \*      \*         \*      \*      \*      \*      \*      \*

**JUDGMENT**

THE DEFENDANT HEREIN having been properly served and having failed to file a timely response, Default having been entered, an Order to Show Cause having issued and the Defendant having not responded, the Court having reviewed the Complaint and being satisfied therewith, it is, by the United States District Court for the District of Columbia hereby ORDERED, that judgment in the amount of $227,951.65, together with pre judgment interest at the rate of 6.00%, from June 6, 2006 together with costs and post-judgment interest at the legal rate, be and hereby entered in favor of the Plaintiff and against the Defendant.

**END OF ORDER**

cc:
Counsel
Defendant