**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DANIMAX COMMUNICATIONS A/S**     *
    Plaintiff

                     *

Vs.                           Civil Action No.     1-07-cv-01960-RWR

                     *

**WORLDWIDE NETWORK**
**SERVICES, LLC**          *
    Defendant        *

\*    \*    \*    \*    \*    \*       \*    \*    \*    \*    \*    \*

**SECOND REQUEST FOR EXTENSION OF TIME**

       COMES NOW THE PLAINTIFF, DANIMAX, COMMUNICATIONS A/S, by David W. Cohen and the Law Office of David W. Cohen, and Joel C. Richmond, Law Office of Joel C. Richmond, its attorneys, and prays this Court extend the time for filing affidavit pursuant to an Order of this Court dated June 30, 2008 and for cause says:

       1.  That the Defendant herein was served no later than November 19, 2007 by delivery of a copy of the Summons and Complaint in this Matter, together with a proposed Consent to Proceed before A United States Magistrate Judge.

       2.  That through the date hereof, the Defendant has failed to file an Answer, a response to Plaintiff's  Request for Default on January 25, 2008 (Docket 11), the Court's Order to Show Cause (Docket 13) or Plaintiff's Request for Judgment.

       3.  That the Court has Ordered that Plaintiff supplement its Request for Judgment with a supplemental affidavit in support thereof no later than July 14, 2008.   By Order of this Court signed July 9, 2008, the said date was extended to July 31, 2008.

       4.  That Plaintiff's principal office is located in Denmark.  Although a proposed affidavit has been prepared by counsel and electronically transmitted to Plaintiff, the document will require review and physical delivery to the United States prior to filing.   Counsel is still waiting for the document and believes the matter is under review and that delay may be occasioned by cultural differences.

       5.  That under the circumstances, no prejudice will accrue from this relief.

       WHEREFORE Plaintiff prays this Court

       A.  Extend the time pursuant to the Court's Order of June 30 to allow Plaintiff until July 31 to file the required Affidavit.

**B.** And for such other and further relief as justice and the nature of this cause may require.

**RESPECTFULLY SUBMITTED,**

_____s/ David W. Cohen_____
**David W. Cohen**
350 Blaustein Building
1 North Charles Street
Baltimore, MD 21201
410 837-6340
Bar No. 414021
dwcohen79@jhu.edu

_S/ Joel C. Richmond
Joel C. Richmond
10 N. Calvert Street
Suite 540 Equitable Building
Baltimore, MD 21202
MD Bar No. 02352
(410) 685-2225
jcrjuris@aol.com

**Attorney for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 30 day of July, 2008, a copy of the Foregoing was mailed, first class mail, postage prepaid, to the Defendant as follows:

Worldwide Network Services, LLC
1900 M Street, Suite 500
Washington DC 20036

(Address on file with this Court in 06-cv-01717-rjl)

An additional copy was delivered electronically to Michelle Roberts (mroberts@AKINGUMP.com), counsel for the defendant in the above captioned matter.

_____s/David W. Cohen _____
David W. Cohen

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DANIMAX COMMUNICATIONS A/S**        *
     Plaintiff

                      *

Vs.                                    Civil Action No.      1-07-cv-01960-RWR

                      *

**WORLDWIDE NETWORK**
**SERVICES, LLC**                        *
     Defendant                        *

\*    \*    \*    \*    \*    \*        \*    \*    \*    \*    \*    \*

ORDER EXTENDING TIME

       ON THE FOREGOING MOTION TO EXTEND TIME, the Court having reviewed the Request, it is, by the United States District Court for the District of Columbia hereby ORDERED, that the time under the Court's Order dated June 30, 2008 (Docket 15) and extended by Order of July 9, 2008, be and hereby is extended to August 31, 2008.

END OF ORDER

cc:
Counsel
Defendant